UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IRYNE WITEK,

                Plaintiff,

      - v -                                  **MEMORANDUM ORDER**

CITY OF NEW YORK, et al.,                    CV-12-981 (CBA)(VVP)

                Defendants.
-----------------------------------------------------------x

      By letter dated January 20, 2016, Doc. No. 127, the plaintiff has asked for an explanation of the reasons why the defendants have made a motion to enforce a settlement agreement that they recently served on the plaintiff, and again asks the court to provide her with counsel.

      As the court explained at the recent status conference held on January 13, 2016, the motion is actually a renewal of a motion that was originally served on or about November 21, 2013. The motion concerns a settlement agreement that the defendants contend they reached with the plaintiff, through the plaintiff's former counsel, Anthony Colleluori, Esq. The motion thus does *not* concern the settlement agreement negotiated through the plaintiff's later counsel, Jon Norinsberg, Esq. which the plaintiff revoked.

      As for the plaintiff's request that the court provide her with counsel, the court previously denied that request for reasons stated in my Report and Recommendation dated September 21, 2015, Doc. No. 119, which were endorsed by Judge Amon in her Order dated December 23, 2015, Doc. No. 123. Briefly stated, in view of the plaintiff's unwillingness and inability to accept the advice of her three previous attorneys in this case, the court believes it would be a waste of precious resources to seek yet another attorney for the plaintiff.

The plaintiff also makes various arguments in her letter about the validity of her claims against the defendants. In view of the motion being made by the defendants, those arguments are not appropriate for determination at this time.

SO ORDERED:

*Viktor V. Pohorelsky*

VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:   Brooklyn, New York
         January 25, 2016